WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Jacinto Ralios-Chocoj,<br><br>　　　　Defendant. | NO. 17-60055MP-001<br><br>**ORDER OF DETENTION PENDING SENTENCE (PURSUANT TO 18 U.S.C. § 3143)** |

　　　The defendant having entered a plea of guilty on this date to the charge of 8 USC 1325 Illegal Entry, and the Court having accepted the plea and having continued the matter for sentencing until 1/26/2017, at 11:00 a.m. the Court finds as follows:

　　　1)　The defendant has not rebutted by clear and convincing evidence that he is not likely to flee if released.

　　　2)　The defendant has a prior criminal history.

　　　3)　The defendant is a citizen of Guatemala and an immigration detainer has been placed. If released the defendant faces deportation proceedings placing the defendant beyond the jurisdiction of this court.

　　　**IT IS THEREFORE ORDERED** that the defendant remain in custody pending sentence.

　　　Dated this 17th day of January, 2017.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Honorable James F. Metcalf
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge